UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60223
Summary Calendar

_____

RICHARD BARRETT,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,
Department of Justice,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(3:95-CV-264-BrN)
_____

November 20, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Richard Barrett, *pro se*, appeals the summary judgment denying
his request for attorney's fees in his *pro se* Freedom of
Information Act action, 5 U.S.C. § 552, contending that the
district court concluded erroneously that there was no genuine
issue of material fact concerning entitlement to them. Pursuant to
our *de novo* review we **AFFIRM** the summary judgment for essentially
the reasons stated by the district court in its detailed and well-

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

reasoned opinion.  ***Barrett v. United States***, No. 3:95-CV-264-BrN

(S.D. Miss. March 17, 1997).

***AFFIRMED***